IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOOWAH BAND<br>OF CHEROKEE INDIANS IN OKLAHOMA<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>AND<br><br>DIRK KEMPTHORNE,<br>in his official capacity as<br>SECRETARY OF THE INTERIOR,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20040<br><br>AND<br><br>HENRY M. PAULSON, JR.,<br>in his official capacity as<br>SECRETARY OF THE TREASURY<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>　　　　Defendants | Case No. CIV 0 6 - 5 5 9 - R A W<br><br>FILED<br>DEC 29 2006<br>William B. Guthrie<br>Clerk, U.S. District Court<br>By_____<br>　　　　　　　Deputy Clerk |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT:

　　Please enter my appearance as counsel in this action for Plaintiff.

　　I certify that I am admitted to practice in this Court.

　　DATED this 29th day of December, 2006.

1

2028691_1.DOC

Respectfully submitted,

_____
James C. McMillin, OBA #17206
McAfee & Taft
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK  73102-7103
405/235-9621
405/235-0439 (Fax)
jamesmcmillin@mcafeetaft.com

**ATTORNEYS FOR PLAINTIFF
UNITED KEETOOWAH BAND OF
CHEROKEE INDIANS IN OKLAHOMA**