IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOOWAH BAND <br> OF CHEROKEE INDIANS IN OKLAHOMA <br>         Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> AND       ., <br><br> DIRK KEMPTHORNE, <br> in his official capacity as <br> SECRETARY OF THE INTERIOR, <br> U.S. Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20040 <br><br> AND <br><br> HENRY M. PAULSON, JR., <br> in his official capacity as <br> SECRETARY OF THE TREASURY <br> U.S. Department of the Treasury <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 <br><br>         Defendants | Case No. <br><br> CIV 06-559-RAW <br><br> **FILED** <br><br> DEC 29 2006 <br><br> William B. Guthrie <br> Clerk, U.S. District Court <br> By_____ <br>         Deputy Clerk |

## PRAECIPE

TO THE CLERK OF SAID COURT: Plaintiff requests that you please issue Summons in the above-entitled cause for the following:

| Defendant(s) | Address | Serve | Service to be made by: | Date to Answer: |
|---|---|---|---|---|
| United States of America | U.S. Attorney General <br> 5137 Robert T. Kennedy Bldg. <br> 10th Street & Constitution Avenue NW <br> Washington, DC 20530 | Alberto R. Gonzales <br> U.S. Attorney General | Certified Mail Return Receipt Requested | 60 Days |
| United States of America | U.S. Attorney's Office <br> Eastern District <br> 1200 W. Okmulgee <br> Muskogee, OK 74401 | Sheldon J. Sperling <br> U.S. Attorney for the Eastern District of Oklahoma | Certified Mail Return Receipt Requested | 60 Days |

- 1 -

- 2 -

| Defendant(s) | Address | Serve | Service to be made by: | Date to Answer: |
|---|---|---|---|---|
| Henry M. Paulson, Jr. Secretary of the Treasury | U.S. Department of the Treasury 1500 Pennsylvania Ave., N.W. Washington, DC 20220 | Henry M. Paulson, Jr. Secretary of the Treasury | Certified Mail Return Receipt Requested | 60 Days |
| Dirk Kempthorne Secretary of the Interior | U.S. Department of the Interior 1849 C. Street, N.W. Washington, DC 20040 | Dirk Kempthorne Secretary of the Interior | Certified Mail Return Receipt Requested | 60 Days |

Plaintiff further requests that you, please, make the same returnable according to law.

James C. McMillin, OBA #17206
Michael D. McClintock, OBA #18105
McAfee & Taft
A Professional Corporation
Plaintiff or Attorney for Plaintiff

*[signature]*
**Signature**

Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
**Address**

Oklahoma City, OK 73102
**City, State and Zip Code**

405/ 235-9621
**Area Code/Telephone**