IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOOWAH BAND<br>OF CHEROKEE INDIANS IN OKLAHOMA<br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>AND<br><br>DIRK KEMPTHORNE,<br>in his official capacity as<br>SECRETARY OF THE INTERIOR,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20040<br><br>AND<br><br>HENRY M. PAULSON, JR.,<br>in his official capacity as<br>SECRETARY OF THE TREASURY<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>    Defendants | Case No.<br>CIV 06-559-RAW<br><br>Issued 12/29/06 |

## SUMMONS

TO THE DEFENDANT: **Dirk Kempthorne, Secretary of the Interior**
U.S. Department of the Interior
1849 C. Street, N.W.
Washington, DC 20040

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon James C. McMillin and Michael D. McClintock of McAfee & Taft A Professional Corporation, Tenth Floor, Two Leadership Square, 211 N. Robinson, Oklahoma City, OK 73102, an answer to the complaint which is herewith served upon you within sixty (60) days

after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM BRUCE GUTHRIE, COURT CLERK    Date:_____

By:_____
   Deputy Court Clerk
[SEAL]


James C. McMillin, OBA #17206
Michael D. McClintock, OBA #18105
McAfee & Taft
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102-7103
405/235-9621
405/235-0439 (Fax)

**ATTORNEYS FOR PLAINTIFF
UNITED KEETOOWAH BAND OF
CHEROKEE INDIANS IN OKLAHOMA**