**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF OKLAHOMA**

N° 5931

at    **MUSKOGEE, OK**

RECEIVED FROM

McAfee & Taft
10th Floor, 2 Leadership Sq.
211 No. Robinson
OKC, OK 73102-7103

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086400 | Filing Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Prisoner Petitions |
| 0869PL | Prisoner Petitions |

| ACCOUNT | AMOUNT |
|---|---|
| 510000 | 190 00 |
| 086900 | 60 00 |
| 086400 | 100 00 |
| TOTAL | 350.00 |

Case Number or Other Reference
CV-06-559

United Keetoowah
v
USA

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 12/29/06    Check: X    Deputy Clerk: Jeanne Brown

White – Original    Canary – Duplicate    Pink – Triplicate