IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 06-cv-00559-RAW |

**PARTIES' JOINT MOTION FOR
TEMPORARY STAY OF LITIGATION
AND [PROPOSED] ORDER**

Pursuant to the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the local civil court rules, the parties respectfully request that this Court issue a temporary stay of the litigation of this case, effective immediately, to and including June 27, 2007. The grounds for this joint motion are as follows:

1. Plaintiff filed this case on December 29, 2006. See Complaint, Doc. 2. Also on that day, Plaintiff filed a companion case for declaratory and injunctive relief in the United States Court of Federal Claims (CFC), United Keetowah Band of Cherokee Indians v. United States, No. 06-cv-00936-TCW (Fed. Cl.). Plaintiff makes allegations in both cases relating to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2. Under Fed. R. Civ. P. 4 and based on the date of service of the Complaint and Summons on the United States Attorney's Office, the current deadline for Defendants to file its Answer or otherwise respond to the Complaint in the case is March 5, 2007.

3. On February 14, 2007, the Court issued an order setting a status and scheduling

conference for March 14, 2007. Doc. 16. In addition, the Court directed that the parties exchange and file their initial disclosures under Fed. R. Civ. P. 26(a)(1); file their disclosure statements under Fed. R. Civ. P. 7.1; and file their joint status report by no later than March 8, 2007. Id.

4.     Notwithstanding the lack of service on the United States Attorney's Office in this case, counsel for the parties have begun and are continuing discussions about the handling and disposition of Plaintiff's issues and claims in this case, as well as Plaintiff's companion case in the CFC, United Keetowah Band, No. 06-cv-00936-TCW. On February 15, 2007, Plaintiff's counsel, James C. McMillin, conferred with Defendant's counsel, Anthony P. Hoang, about Plaintiff's two cases, and, among other things, they discussed and agreed that (a) they would explore settlement discussions to resolve the issues and claims asserted by Plaintiff in its two cases; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, in furtherance of the settlement discussions; and (c) seek a temporary stay of litigation, to and including June 27, 2007. Counsel for the parties agreed that, during the requested stay of litigation, they would confer, among other things, about developing and implementing a joint, cooperative process or framework for obtaining relevant or potentially relevant documents and data and for exploring the possibility of settling Plaintiff's cases.

5.     Also, counsel for the parties discussed the fact that, by Defendants' computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court and in other District Courts in Oklahoma,[1] the United States District Court for the

---

[1]     There are currently nine Tribal trust cases, including this one, in the United States District Courts in Oklahoma. Exhibit (Exh.) 1. Like Plaintiff, most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id.

District of Columbia,[2] and in the United States Court of Federal Claims.[3]  See Exhibit (Exh.) 1.

6.   Further, counsel for the parties agreed that, given the number of cases and the significant potential for overburdening already limited resources, it would be sensible for the Tribes in litigation (including Plaintiff) and Defendants to work together to formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible.

7.   To that end, Defendant's counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the Interior Department and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff in this case and in its companion case), and with counsel for the Tribes in the cases (including Plaintiff's counsel), to determine the feasibility of developing a joint, cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation.

8.   Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

   a.   Temporarily stay the litigation of this case, to and including June 27, 2007;

   b.   Make the temporary stay effective immediately, thus (1) deferring, among

---

[2]   There are currently 37 Tribal trust cases the United States District Court for the District of Columbia.  Exh. 1.  Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims.  Id.

[3]   There are currently 57 Tribal trust cases in the Court of Federal Claims.  See Exh. 1. Plaintiff's companion case, United Keetowah Band, No. 06-cv-00936-TCW, is one of those 57 cases.

other things, the obligations for Defendants to file their Answer or otherwise respond to the Complaint; the parties to exchange and file their initial disclosures under Fed. R. Civ. P. 26(a)(1); the parties to file their disclosure statements under Fed. R. Civ. P. 7.1; and the parties to file their joint status report, and (2) postponing the Status and Scheduling Conference, until after the termination of the temporary stay;

        c.       Cancel the Status and Scheduling Conference currently scheduled for March 14, 2007; and

        d.       Order that the parties file a joint status report on or before June 27, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal to the Court about whether and how to proceed with this case.

9.       On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein. On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to confer among themselves and with the Tribes in the other Tribal trust accounting and trust mismanagement lawsuits and possibly devise an efficient, cost-effective, and resource-conserving way for addressing and handling the 103 cases (or some portion of those cases) that have been filed by Plaintiff and other Tribes in this Court and in the United States District Courts.

10.     Undersigned Defendants' counsel contacted Plaintiff's counsel, James C. McMillin and Michael D. McClintock, about this joint motion and its filing on February 28, 2007, and Mr. McMillin authorized Defendants' counsel on March 1, 2007, to sign and file the motion on Plaintiff's and Plaintiff's counsel's behalf.

WHEREFORE, the parties respectfully request that their joint motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 1st day of March, 2007,

|  |  |
|---|---|
|  | MATTHEW McKEOWN<br>Acting Assistant Attorney General |
| */s/ James C. McMillin,*<br>*by /s/ Anthony P. Hoang, pursuant to*<br>*authorization on March 1, 2007*<br>JAMES C. McMILLIN<br>MICHAEL D. McCLINTOCK<br>McAfee & Taft, P.C.<br>Two Leadership Square, 10th Floor<br>211 North Robinson<br>Oklahoma City, OK 73102<br>Tel: (405) 235-9621<br>Fax: (405) 235-0439 | */s/ Anthony P. Hoang*<br>ANTHONY P. HOANG<br>MARTIN J. LALONDE<br>United States Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 663<br>Washington, D.C.  20044-0663<br>Tel: (202) 305-0241<br>Tel: (202) 305-0247<br>Fax: (202) 353-2021 |
| Attorneys for Plaintiff | Attorneys for Defendant |
|  | OF COUNSEL:<br><br>THOMAS KEARNS<br>Office of the Solicitor<br>United States Department of the Interior<br>Washington, D.C.  20240<br><br>TERESA E. DAWSON<br>Office of the Chief Counsel<br>Financial Management Service<br>United States Department of the Treasury<br>Washington, D.C.  20227 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 1, 2007, I electronically transmitted the foregoing document to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    James C. McMillin
    james.mcmillin@mcafeetaft.com
    Michael D. McClintock
    michael.mcclintock@mcafeetaft.com

    Attorneys for Plaintiff

    */s/ Anthony P. Hoang*
    ANTHONY P. HOANG

# EXHIBIT 1

# CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES

## I.

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 1 | *Ak-Chin Indian Community v. Kempthorne* No. 06-cv-02245-JR |
| 2 | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne* No. 02-cv-00035-JR |
| 3 | *Cheyenne River Sioux Tribe v. Kempthorne* No. 06-cv-01897-JR |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne* No. 02-cv-00276-JR |
| 5 | *Coeur d'Alene Tribe v. Kempthorne* No. 06-cv-02242-JR |
| 6 | *Colorado River Indian Tribes v. Kempthorne* No. 06-cv-02212-JR |
| 7 | *Confederated Tribes of the Colville Reservation v. Kempthorne* No. 05-cv-02471-JR |
| 8 | *Confederated Tribes of the Goshute Reservation v. Kempthorne* No. 06-cv-01902-JR |
| 9 | *Crow Creek Sioux Tribe v. Kempthorne* No. 04-cv-00900-JR |
| 10 | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne* No. 06-cv-02162-JR |
| 11 | *Gila River Indian Community v. Kempthorne* No. 06-cv-02249-JR |
| 12 | *Haudenosaunee, Onondaga Nation v. Kempthorne* No. 06-cv-02254-JR |
| 13 | *Iowa Tribe of Kansas and Nebraska v. Kempthorne* No. 06-cv-01899-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 14 | *Lower Brule Sioux Tribe v. Kempthorne*<br>No. 05-cv-02495-JR |
| 15 | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-02161-JR |
| 16 | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, and Santee Sioux Tribe of Nebraska v. Kempthorne*<br>No. 06-cv-02239-JR |
| 17 | *Northern Cheyenne Tribe of Indians v. Kempthorne*<br>No. 06-cv-02250-JR |
| 18 | *Northwestern Band of Shoshone Indians v. Kempthorne*<br>No. 06-cv-02163-JR |
| 19 | *Oglala Sioux Tribe v. Kempthorne*<br>No. 04-cv-01126-JR |
| 20 | *Omaha Tribe of Nebraska v. Kempthorne*<br>No. 04-cv-00901-JR |
| 21 | *Osage Tribe of Indians of Oklahoma v. United States*<br>No. 04-cv-00283-JR |
| 22 | *Passamaquoddy Tribe of Maine v. Kempthorne*<br>No. 06-cv-02240-JR |
| 23 | *Pechanga Band of Luiseno Mission Indians v. Kempthorne*<br>No. 06-cv-02206-JR |
| 24 | *Prairie Band of Potawatomi Nation v. Kempthorne*<br>No. 05-cv-02496-JR |
| 25 | *Red Cliff Band of Lake Superior Indians v. Kempthorne*<br>No. 06-cv-02164-JR |
| 26 | *Rosebud Sioux Tribe v. Kempthorne*<br>No. 05-cv-02492-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 27  | *Salt River Pima-Maricopa Indian Community v. Kempthorne* <br> No. 06-cv-02241-JR |
| 28  | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne* <br> No. 02-cv-00254-JR |
| 29  | *Sokaogon Chippewa Community v. Kempthorne* <br> No. 06-cv-02247-JR |
| 30  | *Standing Rock Sioux Tribe v. Kempthorne* <br> No. 02-cv-00040-JR |
| 31  | *Stillaguamish Tribe of Indians v. Kempthorne* <br> No. 06-cv-01898-JR |
| 32  | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne* <br> No. 05-cv-02500-JR |
| 33  | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne* <br> No. 02-cv-00253-JR |
| 34  | *Tohono O'Odham Nation v. Kempthorne* <br> No. 06-cv-02236-JR |
| 35  | *Winnebago Tribe of Nebraska v. Kempthorne* <br> No. 05-cv-02493-JR |
| 36  | *Wyandot Nation of Kansas v. Kempthorne* <br> No. 05-cv-02491-JR |
| 37  | *Yankton Sioux Tribe v. Kempthorne* <br> No. 03-cv-01603-JR |

II.

| No. | Names and Civil Docket Numbers of Cases Filed In United States District Courts in Oklahoma |
|---|---|
| 1 | *Alabama-Quassarte Tribal Town v. Kempthorne* <br> No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior* <br> No. 05-cv-01524-W (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne* <br> No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne* <br> No. 06-cv-00698-JHP-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne* <br> No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. Kempthorne* <br> No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne* <br> No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne* <br> No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* <br> No. 06-cv-00559-RAW (E.D. Okla.) |

III.

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 1 | *Ak-Chin Indian Community v. United States* <br> No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States* <br> No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States* <br> No. 06-cv-00915-NBF (ADR Judge Marian B. Horn) |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund)* <br> No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States* <br> No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States* <br> No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States* <br> No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States* <br> No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States* <br> No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States* <br> No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States* <br> No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States / [Northern] Arapahoe Indian Tribe of the Wind River Reservation, Wyoming v. United States* <br> No. 79-cv-00458-ECH |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 13 | *Eastern Shoshone Tribe v. United States, Northern Arapaho Tribe v. United States* <br> No. 06-cv-00903-ECH |
| 14 | *Gros Ventre Tribe and Assiniboine Tribe v. United States* <br> No. 06-cv-00931-NBF |
| 15 | *Haudenosaunee v. United States* <br> No. 06-cv-00909-TCW |
| 16 | *Hoopa Valley Tribe v. United States* <br> No. 06-cv-00908-LMB (ADR Judge Marian B. Horn) |
| 17 | *Hopi Tribe v. United States* <br> No. 06-cv-00941-CFL |
| 18 | *Iowa Tribe of Kansas and Nebraska v. United States* <br> No. 06-cv-00920-EJD |
| 19 | *Jicarilla Apache Nation v. United States* <br> No. 02-cv-00025-FMA (ADR Judge Eric G. Bruggink) |
| 20 | *Kaw Nation of Oklahoma v. United States* <br> No. 06-cv-00934-FMA |
| 21 | *Lower Brule Sioux Tribe v. United States* <br> No. 06-cv-00922-LB |
| 22 | *Makah Indian Tribe of the Makah Indian Reservation v. United States* <br> No. 06-cv-00889-LJB (ADR Judge Marian B. Horn) |
| 23 | *Miami Tribe of Oklahoma v. United States* <br> No. 06-cv-00939-ECH |
| 24 | *Muscogee (Creek) Nation of Oklahoma v. United States* <br> No. 06-cv-00918-JFM |
| 25 | *Navajo Nation v. United States* <br> No. 06-cv-00945-FMA |
| 26 | *Nez Perce Tribe v. United States* <br> No. 06-cv-00910-CFL |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 27 | *Northwestern Band of Shoshone Indians v. United States*<br>No. 06-cv-00914-LB |
| 28 | *Oglala Sioux Tribe v. United States*<br>No. 05-cv-1378L-RHH |
| 29 | *Omaha Tribe of Nebraska v. United States*<br>No. 06-cv-00911-NBF |
| 30 | *Osage Nation of Oklahoma v. United States*<br>No. 99-cv-00550-ECH (consolidates 00-169) |
| 31 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-00937-LAS |
| 32 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States*<br>No. 06-cv-00897-MCW |
| 33 | *Passamaquoddy Tribe v. United States*<br>No. 06-cv-00942-LJB (ADR Judge Marian B. Horn) |
| 34 | *Pawnee Nation of Oklahoma v. United States*<br>No. 07-cv-00002-SGB |
| 35 | *Prairie Band of Potawatomi Indians v. United States*<br>No. 06-cv-00921-LJB (ADR Judge Marian B. Horn) |
| 36 | *Pueblo of Laguna v. United States*<br>No. 02-cv-00024-FMA (ADR Judge Eric G. Bruggink) |
| 37 | *Pueblo of Santa Ana v. United States*<br>No. 06-cv-00892-LAS |
| 38 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States*<br>No. 06-cv-00888-SGB |
| 39 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States*<br>No. 06-cv-00923-JPW |
| 40 | *Rosebud Sioux Tribe v. United States*<br>No. 06-cv-00924-JFM |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 41 | *Round Valley Indian Tribes v. United States* <br> No. 06-cv-00900-SGB |
| 42 | *Salt River-Pima-Maricopa Tribes v. United States* <br> No. 06-cv-00943-LMB (ADR Judge Marian B. Horn) |
| 43 | *San Manuel Band of Serrano Missions Indians v. United States* <br> No. 06-cv-00893-CCM |
| 44 | *Seminole Nation of Oklahoma v. United States* <br> No. 06-cv-00935-GWM |
| 45 | *Soboba Band of Luiseno Indians v. United States* <br> No. 06-cv-00894-NBF |
| 46 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States* <br> No. 06-cv-00930-LJB (ADR Judge Marian B. Horn) |
| 47 | *Stillaguamish Tribe of Indians v. United States* <br> No. 06-cv-00916-NBF (ADR Judge Marian B. Horn) |
| 48 | *Swinomish Indian Tribal Community v. United States* <br> No. 06-cv-00899-FMA |
| 49 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States* <br> No. 06-cv-00904-LJB (ADR Judge Marian B. Horn) |
| 50 | *Tohono O'odham Nation v. United States* <br> No. 06-cv-00944-EGB |
| 51 | *Tonkawa Tribe of Indians of Oklahoma v. United States* <br> No. 06-cv-00938-BAF (ADR Judge Marian B. Horn) |
| 52 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* <br> No. 06-cv-00936-TCW |
| 53 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States* <br> No. 06-cv-00866-MCW |
| 54 | *Winnebago Tribe of Nebraska v. United States* <br> No. 06-cv-00913-MMS |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 55 | *Wyandot Nation of Kansas v. United States* <br> No. 06-cv-00919-LMB (ADR Judge Marian B. Horn) |
| 56 | *Yankton Sioux Tribe v. United States* <br> No. 05-cv-1291-LB |
| 57 | *Yomba Shoshone Tribe v. United States* <br> No. 06-cv-00896-EJD |