IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED KEETOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-cv-00559-RAW |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE ANSWER OR
OTHERWISE RESPOND TO COMPLAINT,
AND [PROPOSED] ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and Local Civil Rule (LCvR) 7.1, Defendants hereby respectfully submit this unopposed motion for enlargement of time, to and including April 18, 2007, within which to file their Answer or otherwise respond to the Complaint. This motion is Defendants' first such motion. The grounds are as follows:

1.  Plaintiff filed this case on December 29, 2006. See Complaint, Doc. 2. Also on that day, Plaintiff filed a companion case for declaratory and injunctive relief in the United States Court of Federal Claims (CFC), United Keetowah Band of Cherokee Indians v. United States, No. 06-cv-00936-TCW (Fed. Cl.). Plaintiff makes allegations in both cases relating to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2.  Based on the date of service under Fed. R. Civ. P. 4, the deadline for Defendants to file their Answer or otherwise respond to the Complaint under Fed. R. Civ. P. 12 is March 5, 2007.

3.  On March 1, 2007, the parties filed a joint motion for temporary stay of litigation,

to and including June 27, 2007. See Joint Motion to Stay Litigation Temporarily, [Proposed] Order, and Exhibit 1, Doc. 12. This Court denied the joint motion on March 5. See Minute Order, Doc. 13.

4.  Defendants need the extension of time, to and including April 18, 2007, because, while Defendants are working diligently on preparing responses to the Complaint in this case, they also have been and continue to be responding to the demands of other Tribal trust cases and matters.[1] Further, after Defendants complete the preparation of their responsive pleading, they need to submit the document for review and comment by the appropriate officials and personnel at the Departments of Justice, the Interior, and the Treasury; incorporate or address any comments; and finalize and file the document. Such review and approval process requires additional time for completion.

5.  If the Court grants Defendants' unopposed request for extension of time, Defendants plan, among other things, to work with Plaintiff to identify the parties' needs for relevant or potentially relevant document and data production; discuss and develop a process and schedule for such document and data production; and determine whether and how to engage in settlement discussions or formal alternative dispute resolution (ADR). Defendants' plans are pursuant to their previous discussions with Plaintiff.

6.  Given the number of Tribal trust cases that have been filed in this and other Courts,

---

[1] As the parties depicted in their joint motion for temporary stay and supporting exhibit, Doc. 12, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits, including Plaintiff's cases, pending in this Court, other United States District Courts, and the United States Court of Federal Claims (CFC). Of those 103 cases, nine cases are in this Court and other United States District Courts in Oklahoma; 37 cases are in the United States District Court for the District of Columbia; and 57 cases are in the CFC. Id.

Defendants believe that there is a significant potential for overburdening already limited resources, especially Defendants' own.  Accordingly, as part of their previous discussions, the parties herein agree that it would be in their best interests to work together and, if possible, develop a way for handling or resolving Plaintiff's claims and issues in this case, without the need for litigation.  The parties further agree that such an approach would serve the public interest by promoting judicial economy and conserving the parties' scarce resources.

7. Undersigned Defendants' counsel contacted counsel for Plaintiff, James C. McMillin and Vanessa Brown, by telephone about this motion on March 5, 2007, and Mr. McMillin and Ms. Brown authorized undersigned counsel to state that Plaintiff consents to and supports this motion.

8. The granting of this motion does not have any impact on any trial scheduling, because there has been no trial scheduled.

9. Based on the foregoing, Defendants respectfully request that the Court grant their unopposed motion for extension of time, to and including April 18, 2007, within which to file their Answer or otherwise respond to the Complaint.

Respectfully submitted this 5th day of March, 2007,

        MATTHEW McKEOWN
        Acting Assistant Attorney General

        */s/ Anthony P. Hoang*
        ANTHONY P. HOANG
        MARTIN J. LALONDE
        United States Department of Justice
        Environment and Natural Resources Division
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0247
        Fax: (202) 353-2021

        Attorneys for Defendants

OF COUNSEL:

THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 5, 2007, I electronically transmitted the foregoing document to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    James C. McMillin
    james.mcmillin@mcafeetaft.com
    Michael D. McClintock
    michael.mcclintock@mcafeetaft.com

    Attorneys for Plaintiff

                            */s/ Anthony P. Hoang*
                            ANTHONY P. HOANG