IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOWAH BAND OF  )<br>CHEROKEE INDIANS IN OKLAHOMA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE UNITED STATES OF AMERICA,  )<br>et al.,  )<br>)<br>Defendants.  )<br>_____) | Case No. 06-cv-00559-RAW |

To the Clerk:

In addition to the appearance of Anthony P. Hoang, please enter the appearance of Martin J. LaLonde as counsel for Defendants in this case.

Service of all papers on Mr. LaLonde and Mr. Hoang by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Mr. LaLonde and Mr. Hoang should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3150
Washington, D.C. 20004

Respectfully submitted this 12th day of March, 2007,

    MATTHEW McKEOWN
    Acting Assistant Attorney General

    */s/ Martin J. LaLonde*
    MARTIN J. LALONDE, IL Bar #6218249
    Martin.Lalonde@usdoj.gov

    ANTHONY P. HOANG, FL Bar #798193
    Anthony.Hoang@usdoj.gov
    United States Department of Justice
    Environment and Natural Resources
        Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C.  20044-0663
    Tel: (202) 305-0247
    Tel: (202) 305-0241
    Tel: (202) 514-4565
    Fax: (202) 353-2120

    Attorneys for Defendants

OF COUNSEL:

THOMAS KEARNS
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227