# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA,<br>　　　　　　　　　　　Plaintiff(s)<br><br>**v.**<br><br>THE UNITED STATES OF AMERICA, et al.,<br>　　　　　　　　　　　Defendant(s). | Case No.　　CIV-06-559-RAW<br><br>Date:　March 14, 2007<br>Total Court Time: <u>10 minutes</u> |

### MINUTE SHEET - STATUS AND SCHEDULING CONFERENCE

| Ronald A. White | lw, Deputy Clerk | No Court Reporter |
|---|---|---|

**Counsel for Plaintiff**: James C. McMillin
**Counsel for Defendants**: Martin J. LaLonde (for all defendants). Also present Linda A. Epperley, Asst. U.S. Attorney.

**Minutes:** Court addressed counsel's previous joint request for stay. Court inquired of counsel as to any proposal they may have as to how to proceed. Counsel responded. Court disclosed possible conflict advising counsel it was not inclined to recuse. Court further advised it would research the issue and encouraged counsel to do so. Court addressed issues surrounding waiver of statute of limitations and counsel responded. Court directed parties to jointly discuss best procedure as to how to proceed and submit proposal to Court by 4/20/07. Court advised considered setting deadline for submission of administrative record and setting briefing schedule but will wait and see what counsel proposes. No Scheduling Order entered.