# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United Keetowah Band of Cherokee Indians in Oklahoma,<br><br>  Plaintiff,<br><br>v.<br><br>The United States of America, et al.,<br><br>  Defendants. | Case No. 06-CIV-559-RAW |

## ORDER

  Before the Court is the Joint Status Report and Proposal Regarding Next Steps in Case [Docket No. 20]. The parties request an enlargement of time in which to accomplish certain tasks, with a goal of resolving all of plaintiff's issues and claims through a settlement or alternative dispute resolution process.

  It is therefore ordered that this matter is STAYED until May 21, 2007.

  Dated this 23rd day of April, 2007.

**Dated this 23rd Day of April 2007.**

J4h4i0

                        */s/ Ronald A. White*
                        Ronald A. White
                        United States District Judge
                        Eastern District of Oklahoma