IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOWAH BAND OF CHEREKOE INDIANS IN OKLAHOMA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. CIV-06-559-RAW |

### ORDER

Before the Court is the parties' Joint Motion for Administrative Closure of this Case [Docket No. 29]. The motion is hereby GRANTED. In accordance with Local Civil Rule 41.1, this case is hereby administratively closed. Before August 20, 2007, if the parties determine that it is appropriate to do so, the parties may petition the Court to terminate the administrative closure and reinstate the litigation for good cause shown. In that event, the parties shall submit to the Court a proposed scheduling order for the litigation of the case.

IT IS SO ORDERED this 4th day of June, 2007.

**Dated this 4th Day of June 2007.**

J4h4i0

*/s/ Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma