IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> and <br><br> DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR, U. S. Department of the Interior 1849 C Street, N.W. Washington, D.C.  20240 <br><br> and <br><br> HENRY M. PAULSON, JR., in his official capacity as SECRETARY OF THE TREASURY U.S. Department of the Treasury 1500 Pennsylvania Avenue, N.W. Washington, D.C.   20220 <br><br> Defendants. | No. CIV 06-559 RAW |

## NOTICE OF APPEARANCE

The undersigned, James M. Upton, has been assigned as the attorney of record for the

Defendant, in substitution for Martin J. LaLonde, the prior lead attorney for the Defendant.

Mr. Upton's address for United States Mail purposes is, as follows:

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Mr. Upton's address for Federal Express and hand delivery purposes is as follows:

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW
Room 3116
Washington, D.C. 20004

Mr. Upton's e-mail address is as follows: james.upton@usdoj.gov

Defendant respectfully requests that the Clerk of Court enter the appearance of James Upton as attorney of record (or lead counsel) for the Defendant in the above - captioned case.

Dated: August 17, 2007	Respectfully submitted,
	 /s/ James M. Upton
	JAMES M. UPTON
	Trial Attorney
	Natural Resources Section
	Environment & Natural Resources Division
	U.S. Department of Justice
	P.O. Box 663
	Washington, D.C.  20044
	Ph. (202) 305-0482
	Fax: (202) 305-0506
	E-mail address: james.upton@usdoj.gov