IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE UNITED STATES OF AMERICA, et al.,  )<br>)<br>)<br>)<br>Defendants.  ) | Case No. CIV-06-559-RAW |

## ORDER

The parties filed a supplemental joint status report on August 31, 2007. At the conclusion of that report, the parties state that they request the administrative closure of this matter be continued to and including December 18, 2007. That date has passed and the Court inquires into status again.

It is the Order of the Court that a joint status report be filed on or before February 1, 2008.

**ORDERED THIS 16th DAY OF JANUARY, 2008.**

**Dated this 16th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma