IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOOWAH BAND OF <br> CHEROKEE INDIANS IN OKLAHOMA, <br> <br> Plaintiff, <br> <br> v. <br> <br> THE UNITED STATES OF AMERICA, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-06-559-RAW <br> ) <br> ) <br> ) |

**JOINT MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE JOINT STATUS REPORT**

On January 16, 2008, this Court entered an Order requiring Plaintiff and Defendants (the parties) to file a joint status report on or before February 1, 2008. The parties jointly and respectfully request that the Court extend the filing deadline to February 21, 2008. This joint motion is the parties' first such motion. The grounds for the joint motion are as follows:

1. In their joint status report dated and filed on August 31, 2007, the parties herein identified another case that is pending in the United States Court of Federal Claims (CFC), that involves many of the same parties in this case, and that featured ongoing settlement discussions that were expected to have a substantial effect on this case. United Keetoowah Band of Cherokee Indians in Oklahoma v. United States, No. 03-1433 L (Ct. Fed. Cl.). Settlement discussions in that other case have continued since August 31, 2007, and, among other things, the parties in that case have established February 14, 2008, as the deadline for taking certain actions that are expected to have a material impact on this case.

2. The parties herein believe that, depending or based on the actions that will be taken on or before February 14, 2008, they will be able to develop, between February 14 and February 21, 2008, an approach or proposal regarding the disposition of this case (possibly its

dismissal or transfer).

3. As this Court is aware, Plaintiff has also filed a companion case to this one in the CFC, <u>United Keetoowah Band of Cherokee Indians in Oklahoma v. United States</u>, No. 06-936-TCW (Ct. Fed. Cl.). In that companion case, the parties have to file a joint status report to the Court on February 21 as well. The parties believe that it would simplify the resolution of the issues and promote the interests of judicial efficiency and conservation of the parties' resources, if this Court were to permit them to await the outcome of the events expected to occur on February 14, 2008; confer and devise a joint proposal for addressing this case and the CFC companion case (No. 06-936-TCW), if appropriate; and make their joint submission to this Court and the CFC on February 21, 2008.

4. Accordingly, the parties jointly and respectfully request that this Court enter an Order granting their request for an extension of time, to and including February 21, 2008, to file their joint status report.

Respectfully submitted this 27th day of January, 2008,

| | |
|---|---|
| */s/ James C. McMillin by /s/ James M. Upton,* *pursuant to written authorization* <u>*provided on January 27, 2008*</u> <br> JAMES C. MCMILLIN <br> MICHAEL D. McCLINTOCK <br> McAfee & Taft, P.C. <br> 10th Floor, Two Leadership Square <br> 211 North Robinson <br> Oklahoma City, OK 73102-7103 <br> Telephone: <br> (405) 235-9621 <br> Facsimile: <br> (405) 235-0439 | RONALD J. TENPAS <br> Acting Assistant Attorney General <br> <u>*/s/ James M. Upton*</u> <br> JAMES M. UPTON <br> ANTHONY P. HOANG <br> United States Department of Justice <br> Environment and Natural Resources Division <br> P.O. Box 663 <br> Washington, D.C. 20044-0663 <br> Telephone: (202) 305-0482 <br> Telephone: (202) 305-0241 <br> Facsimile: (202) 353-2021 |
| Attorneys for Plaintiff | Attorneys for Defendants |