## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED KEETOOWAH BAND OF**<br>**CHEROKEE INDIANS IN OKLAHOMA,**<br><br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)  **Civ. No. 06-559-RAW**<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR EXTENSION OF TIME WITHIN
## WHICH TO FILE JOINT STATUS REPORT

The parties hereby jointly move for an extension of time from February 21, 2008, to, and including, April 30, 2008 in which to file a joint status report.  In support of this motion, the parties state, as follows:

1.  The Court's Order of January 29, 2008  required the parties to file their Joint Status Report by February 21, 2008;

2.  As noted in the January 28, 2008 Joint Motion for an extension of time to file a joint status report, the parties referenced another case pending in the United States Court of Federal Claims (CFC) - - that is, United Keetoowah Band of Cherokee Indians of Oklahoma  v. United  States, No. 03-1433 L ; this case is known as the "Arkansas Riverbed Case." The parties stated that the ongoing settlement discussions in the referenced case were "expected to have a substantial effect on this case." See paragraph No. 1 of the parties' January 28, 2008 Joint Motion;

3.   During the past two months, the parties in the "Arkansas Riverbed Case," have been actively engaged in informal discovery and copies of archival documents have been exchanged;

4.   On February 8, 2008, the Defendant finished two weeks of research at the American Indian Records Repository (known as "AIRR") located at the Federal Records Center in Lenexa, Kansas.   Defendant marked for imaging and coding approximately 6,000 pages of documents which are relevant (or potentially relevant) to threshold issues in the Arkansas Riverbed case;

5.   The parties in the Arkansas Riverbed case agree that it will take them 30 days to review the cited documents and agree that this review will be an integral part of the ongoing settlement discussions in that case;

6.   The Interior Department has requested additional time to March 31, 2008 to negotiate a possible resolution of Case No. 03-1433 L;

7.   If the parties in the Arkansas Riverbed case are able to resolve Case No. 03-1433 L, then such an outcome will necessarily have a substantial impact on the instant case;

8.   Based upon the foregoing, the parties hereby respectfully request that the Court grant the following relief:

a.   Extend the time in which to file a joint status report to, and including, April 30, 2008; and

b.   Continue the deferral of, among other things, the obligation for Defendant to file its Answer or otherwise respond to the Complaint;

9.   In their January 28th Joint Motion, the parties also referenced a companion case to this one in the CFC - - that is, <u>United Keetoowah Band of Cherokee Indians in Oklahoma v. United States</u>, No. 06-936 L.  The parties are  filing a joint motion for the extension of the temporary

2

stay of litigation in this companion case simultaneously with the filing of the instant joint

motion.

The parties have a continuing desire to have the opportunity to confer and devise a joint

proposal,

if appropriate, which would address the instant case and Case No. 06-936 L; and

      10. The parties believe that the granting of this motion would promote the interests of

judicial efficiency and the conservation of the parties' resources.

      Plaintiff's counsel has authorized the defendant's counsel to sign this document on his

behalf.

      Dated this 21st day of February 2008.

| | |
|---|---|
| */s/ James C. McMillin by /s/ James M. Upton,* | RONALD J. TENPAS |
| *pursuant to written authorization* | Assistant Attorney General |
| *provided on February 21, 2008* | */s/ James M. Upton* |
| JAMES C. MCMILLIN | JAMES M. UPTON |
| MICHAEL D. McCLINTOCK | ANTHONY P. HOANG |
| McAfee & Taft, P.C. | United States Department of Justice |
| 10th Floor, Two Leadership Square | Environment and Natural Resources Division |
| 211 North Robinson | P.O. Box 663 |
| Oklahoma City, OK 73102-7103 | Washington, D.C. 20044-0663 |
| Telephone: | Telephone:  (202) 305-0482 |
| (405) 235-9621 | Telephone:  (202) 305-0241 |
| Facsimile: | Facsimile:   (202) 353-2021 |
| (405) 235-0439 | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

3