UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civ. No. 06-559-RAW<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO WITHDRAW MARTIN J. LALONDE AS AN ATTORNEY FOR THE UNITED STATES**

Defendant hereby moves to withdraw Martin J. LaLonde as an attorney for the the United States in the above-captioned case. In support of this motion, the undersigned states, as follows:

1. The records maintained by the Clerk's Office in Docket No. 06-559-RAW state that Martin J. LaLonde is one of the Department of Justice attorneys assigned to this case;

2. On February 26, 2008, an employee of the Clerk's Office contacted the undersigned by telephone to inform him that the Clerk's Office had just attempted to e-mail Mr. LaLonde, but that the e-mail had "bounced back." The undersigned informed the caller that Mr. LaLonde was no longer employed by the Justice Department upon which the caller requested that Defendant file a motion to withdraw Mr. LaLonde as an attorney in this case; and

3. The undersigned is complying with the request made by the Clerk's Office.

Dated this 26th day of February, 2008.

    Respectfully submitted,

    */s/ James M. Upton*
    JAMES M. UPTON
    U.S. Department of Justice
    Environment & Natural Resources
        Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C.   20044-0663
    Phone: (202) 305-0482
    Fax: (202) 353-2120
    E-mail: james.upton@usdoj.gov