IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED KEETOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. ) | Case No. CIV-06-559-RAW |

### ORDER

The parties filed a joint status report on March 3, 2008. In Section IV(B) of that document, the following statement appears: "Plaintiff anticipates filing a motion to transfer this case to federal district for the District of Columbia. Defendants do not take a position on such a transfer at this juncture." In Sections VI(C, D, E & F) of that document, the parties take differing positions as to whether discovery is necessary or appropriate in this case.

It is the Order of the Court that, if plaintiff intends to file a motion to transfer venue, such motion be filed on or before May 27, 2008. Defendant may then respond pursuant to the Local Rules. If plaintiff determines not to file a motion to transfer venue, plaintiff shall file a short brief setting forth its position on discovery, again on or before May 27, 2008. Defendant shall then file a short response brief setting forth its position.

**ORDERED THIS 7th DAY OF MAY, 2008.**

Dated this 7th Day of May 2008.

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma