IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-06-559-RAW |
| THE UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT:

    Please enter my appearance as counsel in this action for Plaintiff.

    I certify that I am admitted to practice in this Court.

    DATED this 27th day of May, 2008.

    Respectfully submitted,

*/s/ Tamara Schiffner Pullin*
Tamara Schiffner Pullin, OBA #21462
McAfee & Taft
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK  73102-7103
405/235-9621
405/235-0439 (Fax)
Tamara.pullin@mcafeetaft.com

**ATTORNEYS FOR PLAINTIFF
UNITED KEETOOWAH BAND OF
CHEROKEE INDIANS IN OKLAHOMA**

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on May 27, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

    Anthony P. Hoang
    United States Department of Justice (Environment)
    PO Box 663
    Washington, DC 20044-0663
    202-305-0241
    Fax: 202-353-2021
    anthony.hoang@usdoj.gov

    James M. Upton
    United States Department of Justice (Environment)
    PO Box 663
    Washington, DC 20044-0663
    202-305-0482
    Fax: 202-305-0506
    james.upton@usdoj.gov

                                    */s/ Tamara Schiffner Pullin*
                                    Tamara Schiffner Pullin