# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CIVIL DOCKET FOR CASE #: 6:06–cv–00559–RAW

United Keetoowah Band of Cherokee Indians in Oklahoma v. United States of America et al
Assigned to: Judge Ronald A. White
Demand: $75,000
Cause: 25:4044 Reconciliation Report

Date Filed: 12/29/2006
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United Keetoowah Band of Cherokee Indians in Oklahoma**

represented by **James C. McMillin**
McAfee &Taft (OKC)
211 N Robinson
10th Flr
Oklahoma City, OK 73102–7103
405–235–9621
Fax: 405–235–0439
Email: james.mcmillin@mcafeetaft.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McClintock**
McAfee &Taft (OKC)
211 N Robinson
10th Flr
Oklahoma City, OK 73102–7103
405–235–9621
Fax: 405–235–0439
Email: michael.mcclintock@mcafeetaft.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tamara Schiffner Pullin**
McAfee &Taft (OKC)
211 N Robinson
10th Flr
Oklahoma City, OK 73102–7103
405–552–2290
Fax: 405–235–0439
Email: tamara.pullin@mcafeetaft.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The United States of America**

represented by **Anthony P. Hoang**
United States Department of Justice
(Environment)
PO Box 663
Washington, DC 20044–0663

202−305−0241
Fax: 202−353−2021
Email: anthony.hoang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Upton**
United States Department of Justice (Environment)
PO Box 663
Washington, DC 20044−0663
202−305−0482
Fax: 202−305−0506
Email: james.upton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin J. LaLonde**
United States Department of Justice (Environment)
PO Box 663
Washington, DC 20044−0663
202−305−0247
Fax: 202−353−2021
Email: martin.lalonde@usdoj.gov
*TERMINATED: 02/28/2008*

**Defendant**

**Dirk Kempthorne**
*in his official capacity as Secretary of the Interior*

represented by **Anthony P. Hoang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Upton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin J. LaLonde**
(See above for address)
*TERMINATED: 02/28/2008*

**Defendant**

**Henry M. Paulson, Jr.**
*in his official capacity as Secretary of the Treasury*

represented by **Anthony P. Hoang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Upton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin J. LaLonde**
(See above for address)
*TERMINATED: 02/28/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | Ï 1 | CIVIL COVER SHEET by United Keetoowah Band of Cherokee Indians in Oklahoma (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 2 | COMPLAINT with Jury Demand against The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr by United Keetoowah Band of Cherokee Indians in Oklahoma (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 3 | ATTORNEY APPEARANCE by James C. McMillin on behalf of United Keetoowah Band of Cherokee Indians in Oklahoma (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 4 | ATTORNEY APPEARANCE by Michael D. McClintock on behalf of United Keetoowah Band of Cherokee Indians in Oklahoma (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 5 | PRAECIPE for 4 Summons by United Keetoowah Band of Cherokee Indians in Oklahoma (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 6 | SUMMONS Issued by Court Clerk as to The United States of America by serving U.S. Attorney (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 7 | SUMMONS Issued by Court Clerk as to The United States of America by serving U.S. Attorney General (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 8 | SUMMONS Issued by Court Clerk as to Dirk Kempthorne (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 9 | SUMMONS Issued by Court Clerk as to Henry M. Paulson, Jr (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 12/29/2006 | Ï 10 | FILING FEES Paid in Full by United Keetoowah Band of Cherokee Indians in Oklahoma (pjw, Deputy Clerk) (Entered: 01/03/2007) |
| 01/04/2007 | Ï | DEPOSIT of Funds (CD #20) made on 1/4/07, in the amount of $350.00 (smg, Deputy Clerk) (Entered: 03/02/2007) |
| 02/14/2007 | Ï 11 | ORDER by Judge Ronald A. White setting Status &Scheduling Conference for 3/14/2007 at 11:15 AM in Chambers, Room 227, US Courthouse, 5th &Okmulgee, Muskogee, OK before Judge Ronald A. White. (law, Deputy Clerk) (Entered: 02/14/2007) |
| 03/01/2007 | Ï 12 | Joint MOTION to Stay *Litigation Temporarily and Exhibit 1* by United Keetoowah Band of Cherokee Indians in Oklahoma, The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr (With attachments) (Hoang, Anthony) (Entered: 03/01/2007) |
| 03/05/2007 | Ï 13 | MINUTE ORDER by Judge Ronald A. White denying joint motion to stay ( 12 Motion to Stay) (law, Deputy Clerk) (Entered: 03/05/2007) |
| 03/05/2007 | Ï 14 | Unopposed MOTION for Extension of Time to Answer *or Otherwise Respond to Complaint* (Re: 2 Complaint) by The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr (Hoang, Anthony) (Entered: 03/05/2007) |
| 03/06/2007 | Ï 15 | MINUTE ORDER by Judge Ronald A. White granting in part and denying in part defendants' unopposed motion for extension of time within which to file answer or otherwise respond to |

| | | |
|---|---|---|
| | | complaint filed 3/5/07 ( 14 Motion for Extension of Time to Answer ). Defendants have until 3/30/07 to file their answer or otherwise plead. (law, Deputy Clerk) (Entered: 03/06/2007) |
| 03/08/2007 | Ï 16 | JOINT STATUS REPORT by United Keetoowah Band of Cherokee Indians in Oklahoma, The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr (Hoang, Anthony) (Entered: 03/08/2007) |
| 03/12/2007 | Ï 17 | ATTORNEY APPEARANCE by Martin J LaLonde on behalf of The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr (LaLonde, Martin) (Entered: 03/12/2007) |
| 03/14/2007 | Ï 18 | MINUTES of Proceedings – held before Judge Ronald A. White : Scheduling Conference held on 3/14/2007 (law, Deputy Clerk) (Entered: 03/15/2007) |
| 03/30/2007 | Ï 19 | ANSWER to Complaint (Re: 2 Complaint) by The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr (Hoang, Anthony) (Entered: 03/30/2007) |
| 04/20/2007 | Ï 20 | Joint STATUS REPORT by United Keetoowah Band of Cherokee Indians in Oklahoma, The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr (Hoang, Anthony) (Entered: 04/20/2007) |
| 04/23/2007 | Ï 21 | ORDER by Judge Ronald A. White STAYING case (eje, Deputy Clerk) (Entered: 04/23/2007) |
| 05/21/2007 | Ï 22 | Joint MOTION to Administratively Close *Case and [Proposed] Order* by United Keetoowah Band of Cherokee Indians in Oklahoma, The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr (With attachments) (Hoang, Anthony) (Entered: 05/21/2007) |
| 06/04/2007 | Ï 23 | ORDER by Judge Ronald A. White, granting 22 Joint Motion to Administratively Close case (terminates case) (trl, Chambers) (Entered: 06/04/2007) |
| 06/04/2007 | Ï | ***Civil Case Terminated (see document number 23 ) (dma, Deputy Clerk) (Entered: 06/05/2007) |
| 08/17/2007 | Ï 24 | ATTORNEY APPEARANCE by The United States of America, Dirk Kempthorne and Henry M. Paulson, Jr. (Upton, James) Modified on 8/20/2007 to change text and add filers (dma, Deputy Clerk). (Entered: 08/17/2007) |
| 08/17/2007 | Ï 25 | Joint STATUS REPORT by The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr. and United Keetoowah Band of Cherokee Indians in Oklahoma (Upton, James) Modified on 8/20/2007 to add filers (dma, Deputy Clerk). (Entered: 08/17/2007) |
| 08/22/2007 | Ï 26 | ORDER by Judge Ronald A. White regarding 25 Joint Status Report and SETTING deadline: Supplemental Joint Status Report due by 8/31/2007. (eje, Deputy Clerk) (Entered: 08/22/2007) |
| 08/31/2007 | Ï 27 | Joint STATUS REPORT by The United States of America (Upton, James) (Entered: 08/31/2007) |
| 01/16/2008 | Ï 28 | ORDER by Judge Ronald A. White directing that a Joint Status Report be filed on or before 2/1/2008(eje, Deputy Clerk) (Entered: 01/17/2008) |
| 01/28/2008 | Ï 29 | Joint MOTION to Extend Deadline(s) *for Filing Parties' Joint Status Report from February 1, 2008 to February 21, 2008* by United Keetoowah Band of Cherokee Indians in Oklahoma, The United States of America, Dirk Kempthorne, Henry M. Paulson, Jr Responses due by 2/12/2008 Replies due by 2/25/2008.(Upton, James) (Entered: 01/28/2008) |
| 01/29/2008 | Ï 30 | MINUTE ORDER by Judge Ronald A. White GRANTING 29 Joint Motion to Extend Deadline for filing Joint Status Report. Deadline RESET to 2/21/08. (eje, Deputy Clerk) (Entered: 01/29/2008) |
| 02/21/2008 | Ï 31 | *Joint Motion for Extension of Time Within Which to File Joint Status Report* by The United States of America Responses due by 3/7/2008 Replies due by 3/18/2008.(Upton, James) |

| | | |
|---|---|---|
| | | Modified on 2/22/2008 to correct docket text (law, Deputy Clerk). (Entered: 02/21/2008) |
| 02/25/2008 | Ï 32 | MINUTE ORDER by Judge Ronald A. White DENYING 31 Joint Motion for Extension of Time to File Joint Status Report. Parties shall file their Joint Status Report by 3/3/2008. (eje, Deputy Clerk) (Entered: 02/25/2008) |
| 02/26/2008 | Ï 33 | MOTION to Withdraw Attorney(s) *Defendant's Motion to Withdraw Martin J. LaLonde as an Attorney for the United States* by The United States of America Responses due by 3/12/2008 Replies due by 3/24/2008.(Upton, James) (Entered: 02/26/2008) |
| 02/28/2008 | Ï 34 | MINUTE ORDER by Judge Ronald A. White GRANTING 33 Defendants' Motion to Withdraw Attorney; terminating attorney Martin J. LaLonde(eje, Deputy Clerk) (Entered: 02/28/2008) |
| 03/03/2008 | Ï 35 | JOINT STATUS REPORT by The United States of America (Upton, James) (Entered: 03/03/2008) |
| 05/07/2008 | Ï 36 | ORDER by Judge Ronald A. White directing Plaintiff to file a Motion to Transfer Venue, or in the alternative, a brief setting forth its position on discovery, by 5/27/08.(eje, Deputy Clerk) (Entered: 05/07/2008) |
| 05/27/2008 | Ï 37 | ATTORNEY APPEARANCE by Tamara Schiffner Pullin on behalf of United Keetoowah Band of Cherokee Indians in Oklahoma (Pullin, Tamara) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 38 | MOTION to Transfer Case to Other District *and Brief in Support* by United Keetoowah Band of Cherokee Indians in Oklahoma Responses due by 6/11/2008 Replies due by 6/23/2008. (With attachments)(Pullin, Tamara) (Entered: 05/27/2008) |
| 06/11/2008 | Ï 39 | RESPONSE in Opposition to Motion (Re: 38 MOTION to Transfer Case to Other District *and Brief in Support* ) by The United States of America ;(Upton, James) (Entered: 06/11/2008) |
| 06/19/2008 | Ï 40 | ORDER by Judge Ronald A. White GRANTING 38 Plaintiff's Motion to Transfer Case to Other District; transferring case to the United States District Court for the District of Columbia; (terminates case)(eje, Deputy Clerk) (Entered: 06/19/2008) |

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
UNITED KEETOOWAH BAND OF
CHEROKEE INDIANS IN OKLA.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  85558
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
USA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

Case: 1:08-cv-01087
Assigned To : Robertson, James
Assign. Date : 6/24/2008
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255* <br><br>☐ 530 Habeas Corpus-General <br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* <br><br>☐ 895 Freedom of Information Act <br>☐ 890 Other Statutory Actions (if Privacy Act) <br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan* <br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br><br>☐ 710 Fair Labor Standards Act <br>☐ 720 Labor/Mgmt. Relations <br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br>☐ 740 Labor Railway Act <br>☐ 790 Other Labor Litigation <br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br><br>☐ 441 Voting (if not Voting Rights Act) <br>☐ 443 Housing/Accommodations <br>☐ 444 Welfare <br>☐ 440 Other Civil Rights <br>☐ 445 American w/Disabilities-Employment <br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br><br>☐ 110 Insurance <br>☐ 120 Marine <br>☐ 130 Miller Act <br>☐ 140 Negotiable Instrument <br>☐ 150 Recovery of Overpayment & Enforcement of Judgment <br>☐ 153 Recovery of Overpayment of Veteran's Benefits <br>☐ 160 Stockholder's Suits <br>☐ 190 Other Contracts <br>☐ 195 Contract Product Liability <br>☐ 196 Franchise | ☐ N. *Three-Judge Court* <br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☒ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

USDC ED OK.

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

25 USC. 4044

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES   ☐ NO    If yes, please complete related case form.

DATE 6/24/08    SIGNATURE OF ATTORNEY OF RECORD   WCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I:\forms\js-44.wpd



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_UNITED KEETOOWAH BAND OF CHEROKEE_
_INDIANS IN OKLA._
v.                                   Civil Action No. _08-1087 (JR)_

_USA, ET AL_

The above entitled action, transferred from the U.S. District Court for the _EASTERN_ _DISTRICT OF OKLAHOMA (MUSKOGEE)_, has been received and filed. It was assigned to Judge _ROBERTSON_. Any subsequent pleadings filed must contain both our civil action number and the initials of the judge assigned this action.

To assist the Clerk's Office in properly recording all counsel of record and to ensure that each counsel entered is authorized to practice before this Court pursuant to Local Civil Rule 83.8, counsel for all parties must enter their appearance in accordance with our Local Civil Rule 83.6. Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: _JAMES C. McMILLIN_ *
_ANTHONY P. HOANG_

*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia