IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED KEETOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, )<br>)<br>Plaintiff,    )<br>)<br>v.     )<br>)<br>THE UNITED STATES OF AMERICA, )<br>et al.,     )<br>)<br>Defendants.   )<br>_____) | Case No. 1:08cv01087-JR |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Anthony P. Hoang and James M. Upton as counsel for Defendants.

Service of all papers on Mr. Hoang and Mr. Upton by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Mr. Hoang and Mr. Upton should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3150
Washington, D.C. 20004

Respectfully submitted this 18th day of July, 2008,

        RONALD J. TENPAS
        Assistant Attorney General

        */s/ Anthony P. Hoang*
        ANTHONY P. HOANG, FL Bar #798193

        */s/ James M. Upton*
        JAMES M. UPTON
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0482
        Fax: (202) 353-2120

OF COUNSEL:

THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20217

**CERTIFICATE OF SERVICE**

      I hereby certify that, on July 18, 2008, I electronically transmitted the foregoing NOTICE OF APPEARANCE to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the attorney(s) listed on the ECF system for this case.

                                                    */s/ Anthony P. Hoang*
                                                    ANTHONY P. HOANG