## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED KEETOOWAH BAND OF <br> CHEROKEE INDIANS IN OKLAHOMA, <br> <br> Plaintiff, <br> <br> v. <br> <br> THE UNITED STATES OF AMERICA, <br> **et al**. <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 1:08-cv-01087 JR <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

James M. Upton has been assigned as the attorney of record for Defendants in this case, in substitution for Anthony P. Hoang. Service of all filings should occur via ECF filing at the email address appearing below in the signature block, or by means of United States mail, addressed as follows:

> James M. Upton
> Natural Resources Section
> Environment & Natural Resources Division
> United States Department of Justice
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 305-0482, Fax  (202) 353-2120

Express deliveries (e.g., Federal Express) should be addressed as follows:

> 601 D Street, N.W., Room 3116
> Washington, D.C. 20004

Dated:   August 25, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division


/s/ James M. Upton
JAMES M. UPTON
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
601 D Street N.W., Room 3116
Washington, D. C.  20004
(202) 305-0482, (202) 353-2120 (fax)
Email: james.upton@usdoj.gov


Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 25, 2008, I electronically transmitted the foregoing Notice of Appearance to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James C. McMillin

james.mcmillin@mcafeetaft.com

Tamara S. Pullin

tamara.pullin@mcafeetaft.com

Attorneys for Plaintiff

                                               */s/   James M. Upton*
                                                  James M. Upton

Case 1:08-cv-01087-JR    Document 43    Filed 08/25/2008    Page 3 of 3