# Exhibit 1

CERTIFICATE OF INCORPORATION

OF

KEETOOWAH SOCIETY



In the United States court for the Indian Territory sitting at Tahlequah, in special term. Exparte Keetoowah Society. At Law.  No. 592.

TAHLEQUAH, IND. TER.,
September 20, 1905.

Whereas, Richard M. Wolfe, Dave Muskrat, Wolf Coon, Daniel Gritts, Frank J. Boudinot, J. Henry Dick, and others, have filed in the office of the clerk of the United States Court for the Northern District of the Indian Territory, at Tahlequah, their constitution or articles of association in compliance with the provisions of the law with their petition for incorporation under the name or style of Keetoowah Society, they are, therefore, hereby declared a body politic corporate by the name and style aforesaid with all the powers, privileges and immunities granted in law thereunto pertaining.

Attest: Charles A. Davidson, clerk of said court of the northern judicial district of the Indian Territory, and Herbert C. Smith, deputy clerk and ex-officio recorder.

CHARLES A. DAVIDSON, Clerk,
By HERBERT C. SMITH,
Deputy Clerk and Ex-officio Recorder.

(S E A L)

Reproduced at the National Archives