**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED KEETOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA,<br><br>            Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 08-CV-01087-TFH<br>)   Judge Thomas F. Hogan<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Plaintiff United Keetoowah Band of Cherokee Indians in Oklahoma hereby dismisses all of Plaintiff's claims pending in this Court.

Respectfully submitted,

s/ James C. McMillin
JAMES C. McMILLIN
McAfee & Taft, P.C.
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, OK 73102
Tel. (405) 235-9621
Fax: (405) 235-0439
E-mail:jmcmillin@mcafeetaft.com
Christina.vaughn@mcafeetaft.com

ATTORNEY FOR PLAINTIFF UNITED
KEETOOWAH BAND OF CHEROKEE
INDIANS IN OKLAHOMA

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

*s/* Christina M. Vaughn
Christina M. Vaughn